UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Richard Barnwell

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21    -CR- 455 (MKV) (   )

Defendant ___Richard Barnwell_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

____    Conference Before a Judicial Officer


_/s/ Richard Barnwell/NPK_____

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Richard Barnwell_____

Print Defendant's Name


_____

Defendant's Counsel's Signature

_Neil P. Kelly_____

Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_7-22-21_____

Date

_____

U.S. District Judge/U.S. Magistrate Judge