USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____8/3/21_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Richard Barnwell              ,

Defendant(s).

-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

21 -CR- 455 (__) (__)

Defendant __Richard Barnwell_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

_X_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

# Richard Barnwell
_____
Print Defendant's Name

_____
Defense Counsel's Signature

# Neil P. Kelly
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

____8/3/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge