**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22

----------------------------------------x
:
UNITED STATES OF AMERICA          :
:
      -against-                   :           **ORDER**
:
Richard Barnwell                  :
:           20-cr-455
:           Docket #
:
----------------------------------------x


<u>Mary Kay Vyskocil</u>, **DISTRICT JUDGE**:
        Judge's Name

The C.J.A. attorney assigned to this case

<u>Neil Peter Kelly</u>  is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Thomas Ambrosio</u>, NUNC-PRO-TUNC _____.

                      Attorney's Name


                              **SO ORDERED.**

                              _____
                              **UNITED STATES DISTRICT JUDGE**


**Dated:** 1/18/22    **New York, New York**