```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            -v-

Richard Barnwell,

                      Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

21-CR-455 (__)(__)

Defendant __Richard Barnwell_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/Richard Barnwell/NPK
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Richard Barnwell**
_____
Print Defendant's Name

/s/Neil Kelly
_____
Defense Counsel's Signature


**Neil P. Kelly**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/18/22
_____
Date

*Mary Kay Vyskocil*
_____
U.S. District Judge/U.S. Magistrate Judge